# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CESAR POLANCO FIGUEROA, #776146FH4, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CRIMINAL NO. 15-00204-CG-B |
| | ) CIVIL ACTION NO. 17-184-CG-B |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 6, 2019 (Doc. 175) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Cesar Polanco Figueroa's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 160) is **DENIED**, and that Figueroa is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 6th day of June, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE